FILED by YH D.C.

Dec 7, 2018

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. – MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-20948-CR-GAYLES/OTAZO-REYES

21 U.S.C. § 963
21 U.S.C. § 853

UNITED STATES OF AMERICA

vs.

NINI JOHANA USUGA-DAVID,
   a/k/a "La Negra,"

       Defendant.
_____/

## INDICTMENT

The Grand Jury charges that:

Beginning on or about January 1, 2011, and continuing until on or about February 1, 2014, the exact dates being unknown to the Grand Jury, in the countries of Colombia, Panama, Honduras, and elsewhere, the defendant,

**NINI JOHANA USUGA-DAVID,**
**a/k/a "La Negra,"**

did knowingly and willfully combine, conspire, confederate, and agree with persons known and unknown to the Grand Jury, to distribute a controlled substance in Schedule II, knowing and intending that such controlled substance would be unlawfully imported into the United States, in violation of Title 21, United States Code, Section 959(a)(1) and 959(a)(2); all in violation of Title 21, United States Code, Section 963.

With respect to the defendant, the controlled substance involved in the conspiracy attributable to her as a result of her own conduct, and the conduct of other conspirators reasonably foreseeable to her, is five (5) kilograms or more of a mixture and substance containing a detectable

amount of cocaine, in violation of Title 21, United States Code, Sections 963 and 960(b)(1)(B).

## FORFEITURE ALLEGATIONS

1. The allegations contained in this Indictment are re-alleged and incorporated by reference as though fully set forth herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **NINI JOHANA USUGA-DAVID, a/k/a "La Negra,"** has an interest.

2. Upon conviction of the violation alleged in this Indictment, the defendant shall forfeit to the United States any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such violation and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation.

All pursuant to Title 21, United States Code, Section 853, made applicable by Title 21, United States Code, Section 970.

A TRUE BILL

_____
FOREPERSON

_____
ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

_____
JOSEPH M. SCHUSTER
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

CASE NO. _____

v.

NINA JOHANA USUGA-DAVID,

**CERTIFICATE OF TRIAL ATTORNEY***

Defendants. _____/

**Superseding Case Information:**

**Court Division**: (Select One)

__X__ Miami  ____ Key West
____ FTL   ____ WPB  ____ FTP

New Defendant(s)      Yes ____  No ____
Number of New Defendants  ____
Total number of counts    ____

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No)   Yes
   List language and/or dialect   Spanish

4. This case will take   6-8   days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)

   I   0 to 5 days       ____
   II  6 to 10 days      __x__
   III 11 to 20 days     ____
   IV  21 to 60 days     ____
   V   61 days and over  ____

   (Check only one)

   Petty    ____
   Minor    ____
   Misdem.  ____
   Felony   __X__

6. Has this case been previously filed in this District Court? (Yes or No)  No
   If yes:
   Judge: _____   Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?  (Yes or No)  No
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the District of _____
   Is this a potential death penalty case? (Yes or No)  No

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?   Yes ____  No __X__

_____
JOSEPH M. SCHUSTER
ASSISTANT UNITED STATES ATTORNEY
Court I.D. No. A5502182

*Penalty Sheet(s) attached

REV 5/3/17

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:**   NINI JOHANA USUGA-DAVID, a/k/a "La Negra"

**Case No:** _____

Count #: 1

Conspiracy to Distribute Cocaine Knowing that it would be Imported into the United States

Title 21, United States Code, Sections 959(a) and 963

**\*Max. Penalty:**   Life Imprisonment

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.