IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-20948-CR-GAYLES

UNITED STATES OF AMERICA

vs.

NINI JOHANA USUGA-DAVID,

    Defendant.
_____/

## MOTION TO UNSEAL

COMES NOW, the United States of America, by and through its undersigned attorney, and respectfully requests that the previously sealed indictment, arrest warrant, bond recommendation, and any and all other docket entries associated with this case be unsealed.

Respectfully submitted this 19th day of March, 2021.

                              ARIANA FAJARDO ORSHAN
                              UNITED STATES ATTORNEY

By: *Joseph M. Schuster*
Joseph M. Schuster
Assistant United States Attorney
Court ID No. A5502182
99 NE 4th Street
Miami, FL 33132
Tel: (305) 961-9336
Fax: (305) 530-7976
joseph.schuster@usdoj.gov