# MINUTE ORDER

Page 6

## Magistrate Judge Chris M. McAliley

Atkins Building Courthouse - 6th Floor     Date: 7/5/2022     Time: 1:30 p.m.

Defendant: NINI JOHANA USUGA-DAVID     J#: 09070-510     Case #: 18-20948-CR-GAYLES
AUSA: Shane Butland     Attorney: David Nunez (PERM)
Violation: Conspiracy to Distribute Cocaine Knowing that it would be Imported into the United States     Surr/Arrest Date: 7/1/2022     YOB: 1981
Proceeding: Initial Appearance     CJA Appt:
Bond/PTD Held: ◯ Yes ◯ No     Recommended Bond:
Bond Set at: STIP-PTD w/right to revisit     Co-signed by:

- [ ] Surrender and/or do not obtain passports/travel docs
- [ ] Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- [ ] Random urine testing by Pretrial Services
  Treatment as deemed necessary
- [ ] Refrain from excessive use of alcohol
- [ ] Participate in mental health assessment & treatment
- [ ] Maintain or seek full-time employment/education
- [ ] No contact with victims/witnesses, except through counsel
- [ ] No firearms
- [ ] Not to encumber property
- [ ] May not visit transportation establishments
- [ ] Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
- [ ] Allowances: Medical needs, court appearances, attorney visits, religious, employment
- [ ] Travel extended to:
- [ ] Other:

Language: Spanish

Disposition: Deft advised of rights and charges

Deft sworn; consents to appear via zoom

Defense STIP to Pretrial Detention w/right to revisit

Deft waive right to Detention Hearing

Time from today to ___ excluded from Speedy Trial Clock

NEXT COURT APPEARANCE     Date:     Time:     Judge:     Place:
Report RE Counsel: 8/5/22  10:00  Duty
PTD/Bond Hearing:
Prelim/Arraign or Removal: 8/5/22  10:00  Duty
Status Conference RE:
D.A.R? zoom C.M.H. 2:40pm - 3:15 pm     Time in Court: 10 minutes

s/Chris M. McAliley     Magistrate Judge