# MINUTE ORDER

Page 1

## Magistrate Judge Lauren F. Louis

Atkins Building Courthouse - 11th Floor        Date: 8/5/22        Time: 10:00 a.m.

---

Defendant: Nini Johana Usuga-David        J#: 09070-510        Case #: 18-20948-CR-GAYLES

AUSA: Andrea Goldbarg        Attorney: David A. Nunez, Permanent

Violation: Conspiracy to Distribute Cocaine Knowing that it would be Imported into the United States

Proceeding: Arraignment        CJA Appt:

Bond/PTD Held: ☐ Yes  ☐ No        Recommended Bond:

Bond Set at: Pretrial Detention - STIP        Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or _____ x's a week/month by phone: _____ x's a week/month in person
- ☐ Random urine testing by Pretrial Services
- Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses, except through counsel
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew _____ pm to _____ am, paid by _____
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to:
- ☐ Other:

Language: Spanish

**Disposition:**
*Brady Order NOT Given*

*Defendant Arraigned:*
*Reading of Indictment Waived*
*Not Guilty plea entered*
*Jury trial demanded*
*Standing Discovery Order requested*

*Counsel files permanent appearance for Trial/Appeal*

*Brady warning given*

Time from today to _____ excluded from Speedy Trial Clock

---

NEXT COURT APPEARANCE   Date:        Time:        Judge:        Place:

Report RE Counsel:
PTD/Bond Hearing:
Prelim/Arraign or Removal:
Status Conference RE:
D.A.R. 10:03:51        Time in Court: 3 mins

s/Lauren F. Louis        Magistrate Judge