UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 18-cr-20948-GAYLES

UNITED STATES OF AMERICA,

    Plaintiff,

v.

NINI JOHANA USUGA-DAVID,

    Defendant.
_____/

### AFFIDAVIT OF WAIVER OF SPEEDY TRIAL

I, NINI JOHANA USUGA-DAVID hereby waive my right to speedy trial as established by The Speedy Trial Act, Title 18, United States Code, § 3161, from the date of filing of this affidavit until November 10, 2022.

_Nini Johana Usuga._      9/28-22
NINI JOHANA USUGA-DAVID     DATE

Yo, NINI JOHANA USUGA-DAVID, por la presente renuncio a mi derecho a un juicio rápido según lo establece la Ley de Juicio Rápido, Título 18, Código de los Estados Unidos, § 3161, desde la fecha de presentación de esta declaración jurada hasta el 10 de Noviembre de 2022.

_Nini Johana Usuga._      9/28-22
NINI JOHANA USUGA-DAVID     FECHA

